IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

AUG 31 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| Gloria Carter | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | |
| v. | ) | Case No.: 1:16-cv-07354 |
| | ) | |
| Diversified Adjustment Service, Inc. | ) | Hon. Judge: Thomas Durkin |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Defendant

PLEASE TAKE NOTICE that on **September 12, 2016 at 9:00 a.m.,** I shall appear before The **Honorable Thomas Durkin in Room 1441,** of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there Present **Motion For Entry Of Default,** which was served upon you as indicated on the Certificate of Service.

Gloria Carter
Plaintiff, Pro Se

Gloria Carter
2605 So. Indiana Unit# 2206
Chicago, IL 60616
w.demartra@acninc.net

## **CERTIFICATE OF SERVICE**

I, Wayne DeMartra, certify that on August 31, 2016, I caused the foregoing **NOTICE OF MOTION** to be served upon Diversified Adjustment Service, Inc. through its registered agent designated by law in accordance with the Illinois Secretary of State to accept service of process on behalf of Diversified Adjustment Service, Inc. to be placed in a postage paid envelope via certified mail, return receipt # 70120470000111161101 at the address stated below.

Diversified Adjustment Service, Inc.
c/o: C T Corporation (Registered Agent)
208 So. LaSalle
Suite# 814
Chicago, IL 60604

_____
Wayne DeMartra