IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLORIA CARTER ) | |
| Plaintiff, Pro Se ) | |
| ) | |
| v. ) | Case No.: 1:16-cv-07354 |
| ) | |
| DIVERSIFIED ADJUSTMENT SERVICE, ) | Hon. Judge: Thomas M. Durkin |
| INC. AND DOES 1-10, INCLUSIVE ) | Magistrate Judge: Sidney I. Schenkier |
| Defendant. ) | |

## AGREED STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Gloria Carter, Pro Se and the Defendants, Diversified Adjustment Service, Inc. and Does 1-10, Inclusive through its respective counsel that the above-captioned action is dismissed without prejudice, against Diversified Adjustment Service, Inc. and Does 1-10, Inclusive and that the Plaintiff will refile her case at a later time. Pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 15, 2016

Respectfully Submitted,

_____
Janson L. Santos
Hinshaw & Culbertson LLP
222 North LaSalle Street
Chicago, IL 60601-1081
(312) 704-3000
On behalf of Defendant

Gloria Carter
2605 South Indiana Ave. Unit# 2206
Chicago, IL 60616
(312) 225-8303

1

## CERTIFICATE OF SERVICE

    I hereby certify that on December 15, 2016, a copy of the foregoing Agreed Stipulation of Voluntary Dismissal Without Prejudice was filed electronically. Service of this filing will be mailed to plaintiff, Gloria Carter at 2605 S. Indiana Ave., #2206, Chicago, IL 60616.

                                                By:    */s/ Jason L. Santos*
                                                              Jason L. Santos
                                                              Hinshaw & Culbertson LLP
                                                              222 North LaSalle Street, Suite 300
                                                              Chicago, Illinois 60601
                                                              Phone No.: 312-704-3000
                                                              Fax No:    312-704-3001
                                                              jsantos@hinshawlaw.com